IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CEDRIC GREENE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:20-CV-0553-D |
| ) | |
| PACIFIC SHORE PROPERTY ) | |
| MANAGEMENT, INC., ) | |
|     Defendant. ) | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed objections, and the undersigned district judge has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Plaintiff's May 19, 2020 motion to consolidate is denied.

**SO ORDERED**.

June 30, 2020.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE